## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Valerie A. Taylor,

          **Plaintiff,**                **CASE NUMBER: 13-13288**
                                        **HONORABLE VICTORIA A. ROBERTS**
v.                                  **MAGISTRATE JUDGE BINDER**

Commissioner of Social Security,

          **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 24, 2014, Magistrate Judge Binder issued a Report and Recommendation [Doc.24], recommending that Defendant's Motion for Summary Judgment [Doc. 22] be **GRANTED** and Plaintiff's Motion for Summary Judgment [Doc. 21] be **DENIED**.  Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1).  Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED** and Plaintiff's motion is **DENIED**.

Judgment will enter in favor of Defendant.

**IT IS ORDERED**.

                            S/Victoria A. Roberts
                            Victoria A. Roberts
                            United States District Judge

Dated:  January 14, 2015

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 14, 2015.

S/Linda Vertriest
Deputy Clerk